MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail:    denise.barton@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0578 SI |
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER TO UNSEAL THE CAPTIONED CASE |
| NGOC DUONG,<br>   a/k/a Danny Duong, and<br>HONG LEE WONG,<br>   a/k/a William Wong, | |
| Defendants. | |

UNITED STATES V. DUONG ET AL.,
CR NO. 12-0578 SI
MOTION AND [PROPOSED] ORDER TO UNSEAL CASE

1    On July 19, 2012, the Grand Jury in the Northern District of California indicted
2    defendants NGOC DUONG, a/k/a Danny Duong (DUONG), and HONG LEE WONG,
3    a/k/a William Wong (WONG) with violations of Title 18, United States Code, sections 1343
4    (Wire Fraud), 1349 (Conspiracy to Commit Wire Fraud), and 1028A (Aggravated Identity
5    Theft).  The Indictment was filed under seal.
6    On July 27, 2012, this Court signed an Order unsealing the Indictment.  Now, the United
7    States seeks an Order unsealing the case, which is required for the matter to be docketed on the
8    ECF system.

10   Dated: July 27, 2012                    Respectfully submitted,

13   _____/s/_____
     DENISE MARIE BARTON
     Assistant United States Attorney

### [PROPOSED] ORDER

17   Based upon the foregoing request, the Court hereby ORDERS that the above-captioned
18   case be unsealed.

21   Dated: July  27, 2012                   _____
                                             THE HON. MARIA-ELENA JAMES
22                                           United States Magistrate Judge

UNITED STATES V. DUONG ET AL.,
CR NO. 12-0578 SI
MOTION AND [PROPOSED] ORDER TO UNSEAL CASE
-2-