**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 12-00578 SI |
| Plaintiff, | **ORDER RE DEFENDANT'S FINANCIAL STATUS** |
| v. | |
| NGOC DUONG, a/k/a Danny Duong, | |
| Defendant. | |
| _____/ | |

Presently before the Court is the government's motion to set a hearing regarding defendant's financial status.  Dkt. No. 210.  Defendant objects to the government's motion and moves to strike it, arguing that the public filing of the motion improperly discloses defendant's financial information.  Defendant further requests that any hearing be held *ex parte*, in a sealed courtroom.

The Court agrees that defendant's private financial information should not be part of the public record, and ORDERS the government to refile its motion under seal.  The Clerk shall MODIFY the security settings on the government's initial filing to restrict access.  Under these circumstances, defendant's motion to strike the motion is DENIED as moot.

However, the Court finds that it is appropriate to review defendant's finances to determine whether he is capable of contributing to his defense.  Accordingly, the Court REFERS this matter to Magistrate Judge Nathaniel Cousins for a determination of what contribution, if any, defendant should make toward the legal services he has received from the CJA Panel.  Magistrate Judge Cousins shall determine the manner in which the hearing will be held.  This Order resolves Docket No. 210.

**IT IS SO ORDERED.**

Dated: May 9, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE